UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jul 07, 2009**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: HEPARIN PRODUCTS
LIABILITY LITIGATION
  Diana Santos v. Baxter Healthcare Corp., )
    D. New Jersey, C.A. No. 2:09-1104   )   MDL No. 1953

### ORDER VACATING CONDITIONAL TRANSFER ORDER
### AND VACATING THE JULY 30, 2009, HEARING SESSION

A conditional transfer order was filed in this action (*Santos*) on April 27, 2009. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Santos* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that all claims as against defendant Baxter Healthcare Corporation in *Santos* were dismissed in the District of New Jersey by the Honorable Joseph A. Greenaway, Jr., in an order filed on June 10, 2009.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-16" filed on April 27, 2009, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on June 18, 2009, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel